UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Gomez, , Plaintiff(s) v. Judith M Naimo, , Defendant(s) | Case No. C 4:21-cv-07328-SBA<br><br>NOTICE REQUESTING CASE MANAGEMENT CONFERENCE<br><br>(ADA ACCESS CASES) |

The mediation process is concluded, and the case is not settled. Plaintiff requests the Court set a Case Management Conference.

Date: 09/06/2022

Signed: /s/Prathima Reddy Price
Attorney for Plaintiff(s)

*Important! E-file this form in ECF using event name: "Notice Requesting Case Management Conference – ADA Access Cases Only"*