Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for Judith M Naimo

# UNITED STATES DISTRICT COURT

# CALIFORNIA NORTHERN DISTRICT (OAKLAND)

Andres Gomez,

Plaintiff,

vs.

Judith M Naimo,

Defendant,

**CASE NO.:** 4:21-cv-07328-SBA

The Honorable Saundra Brown Armstrong

**DEFENDANT'S SUPPLEMENTAL BRIEF RE ADDITIONAL AUTHORITY**

Hearing Date: 2/9/22

Hearing Time: 2:00 PM

## DEFENDANT'S SUPPLEMENTAL BRIEF RE NOTICE OF ADDITIONAL AUTHORITY

### I. INTRODUCTION

On December 13, 2021, Defendant, Judith Naimo, filed a Motion to Dismiss set to be heard on February 9, 2022, at 2:00 PM. Plaintiff filed its Opposition on January 19, 2022. On February 4, 2022 the Court vacated the hearing scheduled for February 9, 2022, and announced that the Motion was under submission. (Dkt. 18).

The ruling has not been filed at this writing. In the interim, new material facts (and authority) have emerged which are likely to directly affect the issue of Plaintiff's standing.

**The first Supplemental Brief re Additional Authority was filed on March 28, 2022 (Dkt. 20). This is the second.**

In September, 2021, serial filer Mr. Andres Gomez (hereinafter also "Plaintiff") began executing a plan to file suit against real estate agents / brokers in Napa under the ADA. Plaintiff filed suit against dozens, alleging he desired to buy property in Napa, that he was a "prospective customer," that he wanted to view houses for sale, particularly those featured on the Websites operated by each defendant agents/brokers, but could not because they were not readable using

screen reader software (SRS).

What Plaintiff (and his attorneys) failed to realize was that Plaintiff had, months earlier, testified at a deposition in *Gomez v. Aslan*, (Case Number: 21STCV17753, Superior Court of California, County of Los Angeles, The Honorable Gregory Alarcon), that he was domiciled in Florida, and collected around $900 a month in SSDI Benefits. Being a "prospective customer" for Napa property was simply implausible. Yet, each complaint alleged:

"*Plaintiff was a prospective customer who wished to access Defendant's goods and services of the Real Estate. ¶ 16; Plaintiff visited the Website in March 2021 and July 2021 with the intent get [sic] information about houses on sale in Northern California. ¶ 17.*"

In truth, Plaintiff was never a "*prospective customer*." This became apparent when the Court, in *Gomes v. Gates,* below, gave Plaintiff an ultimatum. Judge Alsup, in effect ordered Plaintiff to either admit that he is unable to afford property in Napa and to dismiss the case, or to testify at a deposition wherein he would be unable to object to scrutiny into his financial affairs.

Backed into a corner, Plaintiff did an about-face, and admitted - under penalty of perjury - that he was, in effect, not a prospective customer and instead a "window shopper," a "dreamer." Yes, a window shopper, and a dreamer.

This attorney represents the defendants in the following - identical Gomez cases - which have each been dismissed for lack of jurisdiction:

> ***Dismissed on January 12, 2022: Gomez v. Smith,*** Case Number: 3:21-cv-07154-RS, U.S. District Court, Northern District of California (San Francisco), The Honorable Richard Seeborg
> ***Dismissed on February 15, 2022: Gomez v. Gates Estates, Inc.,*** Case Number: 3:21-cv-07147-SK, U.S. District Court California Northern District (San Francisco), The Honorable William Alsup
> ***Dismissed on April 22, 2022: Gomez v. Magliocco Group Inc.,*** Case Number: 3:21-cv-07148-JCS, United States District Court, Northern District of California, The Honorable Vince Chhabria
> ***Dismissed on April 26, 2022: Gomez v. Corro, et al.,*** Case Number: 3:21-cv-07085-SI, United States District Court for the Northern District of California (San Francisco), The Honorable Susan Illston
> ***Dismissed on April 27, 2022: Gomez v. Buresh,*** Case Number: 4:21-cv-08138-KAW, United States District Court, Central District of California, The Honorable Kandis A. Westmore
> ***Dismissed on May 16, 2022: Gomez v. Lesti Real Estate, Inc.,*** Case Number: 3:21-cv-09554-SI, U.S. District Court, California Northern District (San Francisco), The Honorable Susan Ilston
> ***Dismissed on May 24, 2022: Gomez v. Miersch,*** Case Number: 3:21-cv-8936-CRB, U.S. District Court, Northern District of California, San Francisco Courthouse, The Honorable Charles R. Breyer
> ***Dismissed on June 13, 2022: Gomez v. Wunderlich, et al.,*** Case Number: 3:22-cv-00355-TSH, U.S. District Court, California Northern District (San Francisco), The Honorable Thomas S. Hixson
> ***Dismissed on June 24, 2022: Gomez v. Sperow,*** Case Number: 4:21-cv-07852-YGR, United States District Court for the Northern District of California (Oakland), The Honorable Yvonne Gonzalez Rogers
> ***Dismissed on August 19, 2022: Gomez v. Davis,*** Case Number: 3:22-cv-00789-CRB, U.S. District Court, Northern District of California, San Francisco Courthouse, The Honorable Charles R. Breyer

***Dismissed on August 23, 2022: Gomez v. Braby,*** *Case Number: 4:22-cv-00036-PJH, United States District Court, Northern District of California, The Honorable Phyllis J. Hamilton*

In view of Plaintiff 's change in posture, his admission that he is not a prospective customer, Defendant, here, has patiently waited for Plaintiff to voluntarily dismiss the case. That application has not been forthcoming.

Defendant, therefore, amends his previous Supplemental Brief in light of the new authority.

**CONCLUSION**

For all the foregoing reasons, Defendant respectfully requests that the court grant a dismissal.

Date: 9/6/22

SAHELIAN LAW OFFICES

Ara Sahelian Esq.